UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARIM ROSARIO RIVERA, | : | CIVIL NO: 1:19-CV-01787 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| ANDREW SAUL,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**
March 24, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED.** The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge